IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DAVID WILTON FORD                                                                          PLAINTIFF

V.                                     CASE NO. 5:22-CV-5136

SHERIFF TIM HELDER, Washington
County, Arkansas; DEPUTY BILBREY;
DEPUTY VANDERNACK; DEPUTY BEAVERS;
OFFICER JUSTIN EDEN;
LIEUTENANT AKE; DEPUTY ROBBIE PHIPPS;
DEPUTY MCFEEDERS; OFFICER CLINTON
MCCARVER; and OFFICER CHRIS CARTER                                        DEFENDANTS

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 39) filed in this case on July 13, 2023, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, the case is **DISMISSED WITH PREJUDICE** based on Plaintiff's intentional failure to prosecute the case, failure to obey court orders, and failure to comply with Local Rule 5.5(c)(2).

**IT IS SO ORDERED** on this 1st day of August, 2023.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE